ACCEPTED
04-14-00655-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 10:07:33 AM
KEITH HOTTLE
CLERK

NO. 04-14-00655-CV

| | | |
|---|---|---|
| IVARENE HOSEK AND VICTOR HOSEK, | § § § | IN THE FOURTH |
| | | FILED IN |
| | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| Appellants, | § | 04/20/2015 10:07:33 AM |
| | § | KEITH E. HOTTLE |
| v. | § | COURT OF APPEALS |
| | § | |
| ROSALE SCOTT, | § | |
| | § | |
| Appellee. | § | SAN ANTONIO, TEXAS |

### APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellee ROSALE SCOTT ("Scott") hereby requests a seven day extension of the deadline for filing Appellee's Brief, as well as the appendix to be submitted with the brief, as follows:

1. The deadline for Appellee to file her Brief is currently April 21, 2015. Under Rule 10.5(b), Tex. R. App. P., Appellee seeks to extend the deadline by seven days, until April 28, 2015.

2. Counsel for Appellee has conferred with counsel for Appellant and she has indicated that she does not oppose an extension until April 28, 2015 for Appellee's brief.

3. This is the second motion for extension sought by Appellee on this brief. Appellee previously requested a two week extension to file the brief, which was granted. Appellee is now requesting only one additional week in which to file the brief.

4. This extension is requested due to the workload and commitments of counsel for Appellee and to provide counsel for Appellee with additional time to work on the brief. Additionally, Appellee's counsel's office has recently experienced computer issues which have resulted in some delay in the preparation of the brief in this case. Therefore, it is requested that:

1

a) The Court grant this unopposed motion for extension to file appellee's brief, as well as any appendix, until April 28, 2015; and

b) Appellee have such other relief to which she may be entitled.

**BARTON, EAST & CALDWELL, P.L.L.C.**
One Riverwalk Place, Suite 1825
700 N. St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 225-1655
Facsimile: (210) 225-8999


By:___/s/ RAQUEL G. PEREZ_____
     G. WADE CALDWELL
     State Bar No. 03621020
     Email: gcaldwell@beclaw.com
     RAQUEL G. PEREZ
     State Bar No. 00784746
     Email: rperez@beclaw.com

**ATTORNEYS FOR APPELLEE**


**CERTIFICATE OF CONFERENCE**

On or about April 19, 2015, I conferred with Michele Chimene, counsel for Appellant, regarding the relief requested in this motion. She indicated that she is not opposed to an extension until April 28, 2015 for the filing of Appellee's brief.


/s/ RAQUEL G. PEREZ_____
RAQUEL G. PEREZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be served in the manner indicated below this 20th day of April, 2015 upon the following:

| | |
|---|---|
| Michele Barber Chimene | ___ First Class Mail |
| The Chimene Law Firm | ___ Facsimile |
| 2827 Linkwood Dr. | ___ Hand Delivery |
| Houston, TX 77025-3809 | _X_ Electronic Transmission |
| Email: michelec@airmail.net | |

| | |
|---|---|
| Robert J. Ogle | ___ First Class Mail |
| Attorney at Law | ___ Facsimile |
| 508 E. San Antonio Street | ___ Hand Delivery |
| Boerne, Texas 78006 | _X_ Electronic Transmission |
| Facsimile: (830) 249-8508 | |
| Email: bob@ogleattorney.com | |

*Counsel for Appellants*

/s/ RAQUEL G. PEREZ
G. WADE CALDWELL
RAQUEL G. PEREZ

M:\2000\2200 OIL AND GAS CLIENTS\121 Hosek v Scott\4TH COA APPEAL\Pleadings\Appellee's 2nd Motion for Extn to File Brief.docx